CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

SEP 28 2009

JOHN F. CORCORAN, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| HAMEEN SHAHID IRVIN, | )<br>) |
| Plaintiff, | ) Case No. 7:09CV00244<br>) |
| v. | )<br>) **FINAL ORDER**<br>) |
| WILLIAM H. ALEXANDER, II, JUDGE,<br>ET AL., | ) By: Glen E. Conrad<br>) United States District Judge<br>) |
| Defendants. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

## ORDERED

as follows:

1. Plaintiff's additional evidence (Dkt. Nos. 6, 14, and 16), which the court construes as motions to amend, are **GRANTED** and the complaint is amended as stated in the motions;

2. This civil action pursuant to 42 U.S.C. § 1983, as amended, is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim; and

3. This action is stricken from the active docket of the court.

ENTER: This 28th day of September, 2009.

/s/ Glen Conrad
United States District Judge